**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SEAN CARLOS BURKE, | : | Civil No. 1:26-CV-00565 |
| Plaintiff, | : | |
| v. | : | |
| MICHELLE CRIELY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** this 30th day of October 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for preliminary injunction and/or temporary restraining order, Doc. 17, is **DENIED**.

2. Plaintiff's motion to compel, Doc. 20 is **DENIED**.

3. Plaintiff may, after conferring with defense counsel in good faith, challenge the responses to his requests for production numbers three through seven from Defendant Alvord by filing a motion to compel pursuant to Federal Rule of Civil Procedure 37(a).

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania